IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SERGIO C. RODRIGUEZ,

    Petitioner,               No. CIV S-11-2523 DAD P

    vs.

STATE OF CALIFORNIA, et al.,

    Respondents.            ORDER

_____/

        On October 5, 2011, court documents were served on petitioner's address of record and returned by the postal service. It appears that petitioner has failed to comply with Local Rule 183(b), which requires that a party appearing in propria persona inform the court of any address change. More than sixty-three days have passed since the court documents were returned by the postal service and petitioner has failed to notify the Court of a current address.

        Accordingly, IT IS HEREBY ORDERED that this action be dismissed without prejudice for failure to prosecute. See Local Rule 183(b).

DATED: December 20, 2011.

*[signature: Dale A. Drozd]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
rod2523.fca

1