1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10   SERGIO C. RODRIGUEZ,

11          Petitioner,                    No. CIV S-11-2523 DAD P

12      vs.

13   STATE OF CALIFORNIA, et al.,

14          Respondents.                   ORDER

15   _____/

16          On October 5, 2011, court documents were served on petitioner's address of

17   record and returned by the postal service.  It appears that petitioner has failed to comply with

18   Local Rule 183(b), which requires that a party appearing in propria persona inform the court of

19   any address change.  More than sixty-three days have passed since the court documents were

20   returned by the postal service and petitioner has failed to notify the Court of a current address.

21          Accordingly, IT IS HEREBY ORDERED that this action be dismissed without

22   prejudice for failure to prosecute.  See Local Rule 183(b).

23   DATED: December 20, 2011.

24

25                                          _____

                                            DALE A. DROZD
26   DAD:4                                  UNITED STATES MAGISTRATE JUDGE
     rod2523.fca

                                            1